Order entered December 17, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00964-CR

### CHARLES RAY BACON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F11-31310-S**

## ORDER

This appeal is **REINSTATED**.

The trial court has filed findings of fact in accordance with our order entered on November 20, 2012. Appellant's brief shall be due **THIRTY DAYS** from the date of this order.

LANA MYERS
JUSTICE